# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| **Norman D. Church,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 1:18-cv-00325-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| **John Sapper,** | ) | |
| | ) | |
| Respondent. | ) | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's Order entered on December 18, 2018.

December 18, 2018

*Frank G. Johns*
Frank G. Johns, Clerk
United States District Court